IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03037-CMA-MJW

DALE J. CHAMBERLAIN and
ELAINE P. CHAMBERLAIN,

Plaintiffs,

v.

CAROL DUNKER, in her capacity as Town Clerk for Town of Ovid, Colorado,
SHERIFF RANDY PECK, in his capacity as Sheriff for County of Sedgwick, Colorado,
LEE E. JONES, in his capacity as purported Deputy Sheriff for County of Sedgwick, Colorado, and individually, and
LARRY M. HAMILTON, in his capacity as purported Deputy Sheriff for County of Sedgwick, Colorado, and individually,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiffs' Motion to Vacate and Re-Set Scheduling Conference (Docket No. 8) is GRANTED.  The Scheduling Conference set for January 13, 2014 at 2:30 p.m. is VACATED.  The Scheduling Conference is RESET for March 14, 2014 at 1:30 p.m.

Date: January 8, 2014