IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03037-CMA-MJW

DALE J. CHAMBERLAIN, and
ELAINE P. CHAMBERLAIN,

    Plaintiffs,

v.

CAROL DUNKER, in her capacity as Town Clerk for Town of Ovid, Colorado,
SHERIFF RANDY PECK, in his capacity as Sheriff for County of Sedgwick, Colorado,
LEE E. JONES, in his capacity as purported Deputy Sheriff for County of Sedgwick, Colorado,
and individually, and,
LARRY M. HAMILTON, in his capacity as purported Deputy Sheriff for County of Sedgwick,
Colorado, and individually,

    Defendants.

## ORDER TO DISMISS CERTAIN DEFENDANTS AND AMEND CAPTION

    This matter is before the Court *sua sponte*. On April 8, 2014, this Court issued an order to show cause (Doc. # 22) by April 22, 2014, as to why Defendants Lee E. Jones and Larry M. Hamilton should not be dismissed. To date, nothing has been filed in response to that Order. Therefore, it is

    ORDERED that Defendants Lee E. Jones and Larry M. Hamilton are hereby DISMISSED WITHOUT PREJUDICE as Defendants in this matter. It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Lee E. Jones and Larry M. Hamilton as Defendants in this case.

    DATED: April __25__, 2014

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge