**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03037-CMA-MJW

DALE J. CHAMBERLAIN,

    Plaintiff,

v.

CAROL DUNKER, in her capacity as Town Clerk for Town of Ovid, Colorado, and SHERIFF RANDY PECK, in his capacity as Sheriff for County of Sedgwick, Colorado,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motions to Dismiss of Judge Christine M. Arguello entered on July 9, 2014 it is

ORDERED that  Defendants' Motions to Dismiss (Docket Nos. 18 and 21) are GRANTED.  It is further

ORDERED that Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE in its entirety. It is further

ORDERED that the judgment is in favor of the Defendants and against the Plaintiff .  It is further

ORDERED that the Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and

pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 10th day of July, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk